UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSEPH OLLIE DEVILLE, ET UX           CASE NUMBER: 04-0614

VERSUS                                JUDGE DRELL

UNITED STATES OF AMERICA              MAGISTRATE JUDGE KIRK

## ORDER

Premises considered, it is

ORDERED that the attorney fees and expenses in accordance with the Assignment of Interest, Contract of Employment, and Contingency Fee Agreement executed on January 23, 2003 between the law firm of HUNTER & MORTON, JOHN E. MORTON AND JOSEPH OLLIE DEVILLE are hereby authorized and approved in these proceedings in the amount of $6,889.84 in pro-rated expenses and $18,000.00 in attorney's fees for a total withdrawal of $24,889.84 from the registry of this Court for the partial settlement with Dr. Plautz and CHG Companies, Inc., d/b/a Comphealth; said amounts to be paid to John Morton and Hunter & Morton as partial payment of fully earned attorney's fee and reimbursement of reasonable and necessary expenses incurred in handling this case.

Alexandria, Louisiana, this the 30th day of April, 2007.

HONORABLE DEE DRELL, DISTRICT JUDGE