UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

*No Order*

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA
MAY 2 2007
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

JOSEPH OLLIE DEVILLE

VERSUS

UNITED STATES OF AMERICA

CIVIL ACTION NO
04-0614
JUDGE DRELL
MAGISTRATE JUDGE
KIRK

## MOTION

I REQUEST THAT $20,110.16 BE RELEASED TO MYSELF

JOSEPH OLLIE DEVILLE
724 W. COTTON ST
VILLE PLATTE LA 70586

THANK YOU

*Joseph Ollie Deville*

## ORDER

GRANTED, UPON VERIFICATION TO THE CLERK OF MOVER'S IDENTITY BY DRIVERS LICENSE OR OTHER FORM OF SATISFACTORY IDENTIFICATION.

ALEXANDRIA, LA, MAY 2, 2007

_____
DISTRICT JUDGE